### UNITED STATES of America, Plaintiff–Appellee,

v.

### Juan David MUNOZ–CRUZ, Defendant–Appellant.

### No. 06–30267.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Frank Noonan, Esq., USPO—Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Stephen R. Sady, Esq., FPDOR—Federal Public Defender's Office, Portland, OR, for Defendant–Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

### MEMORANDUM **

Juan David Munoz–Cruz appeals his 57–month sentence imposed following his guilty plea to being found in the United States after illegal re-entry, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Munoz–Cruz contends that the district court violated his constitutional rights by imposing a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based on a prior conviction that was neither proved to a jury nor admitted during the plea colloquy. This contention is foreclosed by *United States v. Beng–Salazar,* 452 F.3d 1088, 1091 (9th Cir. 2006). Moreover, in the plea agreement and at the plea colloquy, Munoz–Cruz admitted that he had been deported on July 25, 2000, which was subsequent to his August 16, 1994 drug conviction.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.